UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:06-CR-74-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| HOWELL RAY WOLTZ | ) | |
| VERNICE CHAITAN WOLTZ | ) | |

A hearing on the government's motion for revocation of the release orders entered 20 April 2006 is hereby SET for Monday, 24 April 2006, at 10:00 a.m., Federal Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, Courtroom 2. The court will conduct a *de novo* review and will consider the transcript of the 20 April 2006 detention hearing, any additional evidence offered by the parties, any briefs filed by the parties, and the arguments of counsel. The U.S. Marshal Service is AUTHORIZED to transfer defendants Howell Ray Woltz and Vernice Chaitan Woltz from the Western District of North Carolina to the Eastern District of North Carolina for the hearing. Upon completion of the hearing, if defendants are not released, the U.S. Marshal Service shall return defendants to the Western District of North Carolina for pretrial confinement.

This 21 April 2006.

W. Earl Britt
Senior U.S. District Judge

/acp