**Monday, April 24, 2006**                                              Convene: 10:00 a.m.
**The Honorable W. Earl Britt, Senior US District Judge presiding**

**Officials Present:** Beth L. Lee, Deputy Clerk
                     Amy Petty, Law Clerk
                     Jackie Leonard, USPO
                     John Hardy, Mark Mansell, Christina, DUSM
                     Carol Williams, Court Reporter

**USA v. Howell Ray Woltz, Vernice Chaitan Woltz**
**3:06-CR-74-BR**
AUSA: Kurt Meyers and Matt Martens
ATTY for Howell Woltz: David Freedman
ATTY for Vernice Woltz: Don Tisdale

**HEARING ON GOVT'S MOTION FOR REVOCATION OF THE RELEASE ORDERS**
Court advises that he will consider transcripts of hearing before Magistrate Judge
AUSA presents evidence (documents) to the court; remarks (background) by AUSA Martens; remarks by AUSA Meyers; AUSA proffers for Special Agents Currin and Schiller; govt rests.

11:14 Remarks by Atty Freedman

Recess: 11:18-11:39

Mr. Freedman resumes; remarks by Atty Tisdale (11:55)

Remarks by AUSA Martens (11:56-12:00)

Informal recess: 12:00-12:33

Court orders that Mag. Judge is reversed/overruled and orders defts detained pending trial. Cnsl to discuss and present to court possible trial date.


Adjourned: 12:50