**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:06CR74**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **SCHEDULING ORDER** |
| | ) | |
| **HOWELL WAY WOLTZ,** | ) | |
| **RICKY EDWARD GRAVES,** | ) | |
| **SAMUEL THOMAS CURRIN,** | ) | |
| **VERNICE CHAITAN WOLTZ,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER IS BEFORE THE COURT** to consider issues related to scheduling.

The Court orders that all pretrial motions, including motions to compel discovery, motions to suppress, and motions under Rule 7, 8, 12, 13, 14, 16 and 41, Federal Rules of Criminal Procedure, shall be filed not later than June 12, 2006. Responses to such motions shall be filed not later than June 19, 2006. The trial is scheduled for June 26, 2006 in Charlotte. Parties should note that untimely motions, and motions filed in disregard of applicable rules, may be summarily denied. Motion hearings, as necessary, shall be conducted by the district judge or magistrate judge in advance of trial.

To the extent any deadline set in this order is inconsistent with any deadline set in the Court's earlier Arraignment Order, this Order shall supercede.

**SO ORDERED**.

Signed: May 26, 2006

David C. Keesler
United States Magistrate Judge