## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:06CR74

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HOWELL WAY WOLTZ,** | ) | |
| **RICKY EDWARD GRAVES,** | ) | |
| **SAMUEL THOMAS CURRIN,** | ) | |
| **VERNICE CHAITAN WOLTZ,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

For good cause shown, the Defendant Ricky Edward Graves' Motion for Admission *Pro Hac Vice* is **GRANTED.** It is therefore **ORDERED** that William R. Terpening, from the firm of Shumaker, Loop & Kendrick, LLP, be admitted to practice in this Court *Pro Hac Vice* for the limited purpose of representing Defendant Ricky Edward Graves in the captioned case.

**SO ORDERED**.


Signed: August 23, 2006


David C. Keesler
United States Magistrate Judge