UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:06-CR-74–1-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| HOWELL WAY WOLTZ | ) | |

This matter is before the court on the motion of defendant's counsel, David B. Freedman, for a status conference based on correspondence Freedman received from defendant that defendant no longer requires Freedman's services. The court has received letters from defendant, which have been filed as a matter of record, indicating his dissatisfaction with counsel. The question of whether defendant still wishes to retain Freedman as his counsel is a private matter between defendant and Freedman. Accordingly, the court sees no need to hold a status conference on the matter, and the instant motion is DENIED. However, if defendant desires to change attorneys, he needs to do so promptly. If Freedman no longer represents defendant, he should file a motion to withdraw, which the court will consider along with any notice of appearance of new counsel. The court cautions both defendant and Freedman to act expeditiously, as the court is not inclined to change the current trial date of 13 November 2006. The Clerk is DIRECTED to serve a copy of this order on defendant himself.

This 19 September 2006.

W. Earl Britt
Senior U.S. District Judge