UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:06-CR-74-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| HOWELL WAY WOLTZ ) | |
| RICKY EDWARD GRAVES ) | |
| SAMUEL THOMAS CURRIN ) | |
| VERNICE CHAITAN WOLTZ ) | |

A hearing on defendant Howell Woltz's motions to continue, for discovery, and for extension of time to file pretrial motions and a status conference as to all defendants is hereby SET for Monday, 2 October 2006, at 11:30 a.m., Federal Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, Courtroom 2. The U.S. Marshal Service is AUTHORIZED to transfer defendants Howell Woltz and Vernice Chaitan Woltz from the Western District of North Carolina to the Eastern District of North Carolina. Upon completion of the hearing and status conference, the U.S. Marshal Service shall return these defendants to the Western District of North Carolina for pretrial confinement.

This 28 September 2006.

_____
W. Earl Britt
Senior U.S. District Judge

/acp