UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:06-CR-74-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| HOWELL WAY WOLTZ | ) | |
| VERNICE CHAITAN WOLTZ | ) | |

Plea hearings for these defendants are hereby SET for Tuesday, February 6, 2007, at noon, Federal Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, Courtroom 2. The U.S. Marshal Service is AUTHORIZED to transfer defendants Howell Way Woltz and Vernice Chaitan Woltz from the Western District of North Carolina to the Eastern District of North Carolina for the hearings. Upon completion of the hearings, if defendants are not released, the U.S. Marshal Service shall return defendants to the Western District of North Carolina for confinement.

This 30 January 2007.

_____
W. Earl Britt
Senior U.S. District Judge

/acp