UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:06-CR-74-1BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HOWELL WAY WOLTZ | ) | |

As previously noticed, defendant Howell Woltz's sentencing is set for 4 June 2007 at 9:00

a.m., Federal Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, Courtroom 2. The U.S.

Marshal Service is AUTHORIZED to transfer defendant from the Western District of North

Carolina to the Eastern District of North Carolina. Upon completion of the hearing, the U.S.

Marshal Service shall return defendant to the Western District of North Carolina.

This 16 April 2007.

W. Earl Britt
Senior U.S. District Judge

/acp