UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:06-CR-74-1BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| HOWELL WAY WOLTZ | ) | |

This matter is before the court on defendant's superseding motion for appropriate relief. Defendant requests that the court direct to U.S. Marshal Service to return defendant to the Western District of North Carolina. The court makes no findings regarding the allegations contained in the motion, other than it is clear some confusion arose as to when defendant was scheduled to be sentenced before the undersigned in Raleigh. To ensure defendant and his counsel have adequate time to prepare for sentencing, the U.S. Marshal Service is DIRECTED to return defendant to the Western District of North Carolina as soon as possible. Defendant's sentencing remains set for 9 July 2007 at 9:00 a.m., Federal Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, Courtroom 2. As previously held, the U.S. Marshal Service is AUTHORIZED to transfer defendant from the Western District of North Carolina to the Eastern District of North Carolina; upon completion of the hearing, the U.S. Marshal Service shall return defendant to the Western District of North Carolina.

This 6 June 2007.

_____
W. Earl Britt
Senior U.S. District Judge