UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:06-CR-74–1-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| HOWELL WAY WOLTZ | ) | |

This matter is before the court on defendant's "motion of appeal"[1] and request for discovery

on appeal.  To the extent these filings are deemed motions, the court has fully considered them, and

they are DENIED.

This the 18 February 2011.


_____
W. Earl Britt
Senior U.S. District Judge


---

[1]Prior to filing these documents, defendant filed a notice of appeal from the court's order dismissing his §
2255 motion.